

SEALED

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                Criminal No. 06-308

DAMON RASHAWN DIXON
        Defendant.

**FILED**
OCT 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO SEAL

Now comes the United States of America and Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia, and moves the Court to seal the Indictment, the arrest warrants, this motion and the Sealing Order in the above-referenced matter until such time as any defendant is arrested at which time the Indictment, the arrest warrants, this motion and the Sealing Order are ordered unsealed. The basis for the United States' motion is that the Indictment, the arrest warrants, this motion and the Sealing Order make reference to an ongoing investigation which is still in existence and may continue. If the Indictment, the arrest warrants, this motion and the Sealing Order are not sealed, the integrity of the ongoing investigation relating to the people to be arrested will be compromised.

WHEREFORE, the United States moves the Court to seal the Indictment, the arrest warrants, this motion and the Sealing Order until any defendant is arrested on the charges listed in the indictment.

The United States further moves that the United States Marshals Service be directed to input the necessary information regarding the defendant into NCIC.

                Respectfully submitted,
                PAUL T. CAMILLETTI
                SPECIAL ATTORNEY TO THE UNITED
                STATES ATTORNEY GENERAL

By: _____
                Paul T. Camilletti
                Assistant United States Attorney

2