

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DAMON RASHAWN DIXON,
    Defendant.

Criminal No. 06-308

**FILED**
OCT 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER TO SEAL

On the 12th day of October, 2006, came the United States of America and Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia, and moved the Court to seal the indictment, the arrest warrants, the United States' Motion to Seal and the Sealing Order in this matter for the reason that these documents make reference to an ongoing investigation. It appearing that the interests of justice will be served, it is accordingly

**ORDERED** that the Clerk of Court shall hereby **SEAL** the Indictment, the arrest warrants, the United States' Motion to Seal, and this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **automatically unseal** and place among the public records of this Court the Indictment, the arrest warrants, the United States' Motion to Seal, and this Order in the above-styled criminal action **upon the arrest of any defendant.**

Notwithstanding this Order to Seal, the United States Marshals Service is hereby Permitted to input the necessary information regarding the defendant into NCIC.

DATED: October 12, 2006

                                                     UNITED STATES DISTRICT JUDGE
                                                     MAGISTRATE