UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>DAMON RASHAWN DIXON,<br>                    Defendant. | Criminal No. _____<br><br>Violations:  21 U.S.C. § 841(a)(1)<br>                    21 U.S.C. § 841(b)(1)(A)<br>                    21 U.S.C. § 841(b)(1)(B)<br>                    21 U.S.C. § 846 |

# **INDICTMENT**

The Grand Jury charges that:

COUNT 1.

(Conspiracy)

From in or about July, 2005, to on or about the date of the return of the Indictment, within the District of Columbia and elsewhere, defendant, **DAMON RASHAWN DIXON,** did unlawfully combine, conspire, confederate and agree and have a tacit understanding with persons known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy knowingly and intentionally to possess with intent to distribute and to distribute in excess of 100 grams or more of phencyclidine, also known as "PCP" or 1 kilogram or more of a mixture or substance containing a detectable amount of Phencyclidine, also known as "PCP", a Schedule III drug controlled

substance, as designated by Title 21, United States Code, Section 812(c), Schedule III(b)(7); in violation of Title 21, United States Code, Section 846 and 841(b)(1)(A).

## COUNT 2.

On or about the 1st day of November, 2005, in the District of Columbia, defendant, **DAMON RASHAWN DIXON**, did unlawfully, knowingly, intentionally and without authority possess with intent to distribute approximately 388.4 grams or more of a mixture and substance containing a detectable amount of Phencyclidine, also known as "PCP", a Schedule III drug controlled substance

as designated by Title 21, United States Code, Section 812(c) Schedule III(b)(7); in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

A true bill,

_____
Foreperson

_____
PAUL T. CAMILLETTI
Special Attorney to the
United States Attorney General