**SEALED**

# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-308 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| Damon Rashawn Dixon | Damon Rashawn Dixon | |
| DOB:          PDID# | **FILED** NOV 2 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | |

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
|---|---|
| ☐ Order of Court    ☐ Information | |
| ☒ Indictment         ☐ Complaint | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY
POSSESS WITH INTENT TO DISTRIBUTE PHENCYCLIDINE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B) and 846. |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: DEBORAH A. ROBINSON Magistrate Deborah A. Robinson, U.S. MAGISTRATE JUDGE | JUDGE/MAGISTRATE JUDGE: DEBORAH A. ROBINSON Magistrate Deborah A. Robinson, U.S. MAGISTRATE JUDGE | DATE ISSUED: 10/12/06 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 10/12/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 10-12-06 | NAME AND TITLE OF ARRESTING OFFICER: DAVID BALDWIN 3DUSM | SIGNATURE OF ARRESTING OFFICER: [signature] Laura Baldwin |
|---|---|---|
| DATE EXECUTED: 11-2-06 | | |