IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                                                     Criminal No.  06-308 (HHK)

DAMON RASHAWN DIXON,
        Defendant.

## **MOTION**

Now comes the United States of America and Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia, and states as follows:

1. I am presently appointed to prosecute the above named defendant for violations of Title 21, United States Code, Sections 841(a)(1) and 846 in the United States District Court for the District of Columbia.

2. This case is presently assigned to Judge Kennedy.

3. At the detention hearing held on November 6, 2006, I learned for the first time that there was a related case in front of Judge Walton.

4. That case is *United States v. Darnell Jackson, et al.*, Case No. 06-227.

5. We did not know this information sooner due to a conflict within the United States Attorney's Office in the District of Columbia. That office has been recused from the case.

    Respectfully submitted,
    PAUL T. CAMILLETTI
    SPECIAL ATTORNEY TO THE UNITED STATES ATTORNEY GENERAL

By: _____
    Paul T. Camilletti
    Assistant United States Attorney

CERTIFICATE OF SERVICE

    I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the <u>7th</u> day of November, 2006, the foregoing Motion was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Carlos Vanegas, Esq.
        625 Indiana Avenue, NW
        Washington, DC 20004

        PAUL T. CAMILLETTI
        SPECIAL ATTORNEY TO THE UNITED STATES ATTORNEY GENERAL

By: _____
      Paul T. Camilletti
      Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                 Criminal No.  06-308

DAMON RASHAWN DIXON,
        Defendant.

## ORDER

It appearing to the Court that this case is related to *United States v. Darnell Jackson, et al.*, Criminal No. 06-227 and that *United States v. Jackson*, is presently assigned to Judge Walton, it accordingly ORDERED that *United States v. Damon Rashawn Dixon*, Criminal No. 06-308 is transferred to Judge Walton's docket.

DATE:

_____
UNITED STATES DISTRICT JUDGE