UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>DAMON DIXON          )<br>)<br>) | Crim. No. 06-308(HHK) |

### MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Carlos J. Vanegas, hereby respectfully moves this Honorable Court, for an order to permit undersigned to withdraw from further representation of defendant, Damon Dixon.

In support of the Motion undersigned counsel states:

1.	Undersigned counsel was assigned to represent Mr. Dixon for his Initial Appearance and Arraignment on November 2, 2006 before Magistrate Judge Deborah A. Robinson.  Mr. Dixon was in court pursuant to a warrant that was issued after he was charged by a grand jury in a two count indictment.

2.	Undersigned represented Mr. Dixon for his detention hearing on November 6, 2006 before Magistrate Judge Alan Kay.  When Mr. Dixon appeared for his detention hearing undersigned counsel did not have any discovery concerning the allegations charged in the indictment.  Special Assistant United States Attorney Paul Camilletti provided discovery via email on November 8, 2006.

3.	Upon reviewing the discovery on November 8, 2006 undersigned believed that a potential conflict existed in representing Mr. Dixon.  On November 9, 2006 undersigned counsel

1

provided the relevant information concerning the potential conflict to Mr. A.J. Kramer. Shortly thereafter Mr. Kramer informed undersigned to withdraw from representing Mr. Dixon. Accordingly, undersigned counsel informed the CJA Panel Administrator, Ms. Erica Freeman, that Mr. Dixon needed to be represented by a panel attorney. Later in the afternoon of November 9, 2006 Ms. Freeman indicated that Mr. Steven McCool had agreed to assume representation of Mr. Dixon.

4. Undersigned counsel apologizes for not attending the Status Conference held on November 13, 2006. Undersigned counsel was before District Judge Reggie B. Walton until 11:20 and incorrectly assumed that his presence was not required for the Status Conference before the Court.

WHEREFORE, undersigned counsel respectfully requests that the Court grant the Motion to Withdraw as counsel for Mr. Damon Dixon

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        Carlos J. Vanegas
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Washington, D.C.  20004
        202-208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Crim. No. 06-308(HHK) |
| ) | |
| **DAMON DIXON** ) | |

## ORDER

Upon consideration of Assistant Federal Defender Carlos J. Vanegas' Motion to Withdraw as counsel for Damon Dixon, it is this the _____ day of _____, 2006, hereby

**ORDERED**, that the Motion to Withdraw is Granted;

**SO ORDERED**

_____                                   _____
DATE                                         HENRY H. KENNEDY JR.
                                             UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Paul T. Camilletti, Special Attorney
United States Attorney General
U. S. Attorney's Office
Northern District of West Virginia
217 West King Street, Suite 400
Martinsburg, WV 25401