UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAMON RASHAWN DIXON<br><br>Defendant | Criminal 06-00308 (HHK) |

**ORDER**

Before the court is the motion of the United States to transfer this case to the docket of Judge Reggie Walton, who, according to Paul T. Camillett, the Assistant United States Attorney assigned to prosecute this case, presides over a related case. The motion will be stricken.

Unfortunately, this court finds it necessary to state the obvious. All attorneys who practice in this court are expected to follow its rules. LCrR 47 (a) could not be clearer. It states, "Each motion shall include or be accompanied by a statement of the specific points of law and authority that support the motion. . . ." The motion of the United States is neither accompanied by nor includes specific authority for the relief it seeks.

The fact that Mr. Camillettii has not followed the rules of this court in this instance is bad enough. What makes matters worse is that the transfer issue was specifically addressed at the status hearing that was conducted in this case on November 13, 2006. At that proceeding, which, as a matter of courtesy, Mr.Camilletti, was permitted to attend by telephone, this judicial officer

informed Mr. Camiletti of the rules of this court, specifically LCrR 57.12(a)(1) and ((b)(3), that govern the circumstances referenced in the motion to transfer and instructed him to follow them. Mr. Camilletti, inexplicably, has not done so.

Accordingly, it is this 27th day of November, 2006,

**ORDERED** that the motion of the United States to transfer this case is **STRICKEN**; and it is further

**ORDERED** that Paul T. Camilletti shall appear in person at the status hearing that shall be conducted at 11:30 a.m on November 28, 2006.

Henry H. Kennedy, Jr.
United States District Judge