UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-308 (HHK) |
| | : | |
| DAMON RASHAWN DIXON | : | |
| | : | |
| Defendant. | : | |

**FILED**

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The government, having moved for transfer of the case *United States v. Damon Dixon*, Criminal No. 06-308, and this Court having reviewed the relevant section of the Local Criminal Rule 57.12(c)(2)iii, the Court hereby finds that the case of *United States v. Darnell Jackson*, Criminal No. 06-227, presently assigned to the Honorable Reggie B. Walton, is the earlier filed case withing the meaning of 57.12(a)(1)(iii). Therefore the government's motion to transfer is hereby **GRANTED**. As such, it is

**ORDERED** the case of *United States v. Damon Dixon*, shall be transferred to the assignment committee of the United States District Court for the District of Columbia for re-assignment to Judge Walton.

So **ORDERED** this the 28th day of November, 2006.

*/s/ Henry H. Kennedy/*
HENRY H. KENNEDY,
UNITED STATES DISTRICT JUDGE FOR

Copies to:
Thomas Abbanante (for William Henry Grey)
1919 Pennsylvania Ave., NW Suite 200
Washington, D.C. 20006

Rudolph Acree (for Bernie Hargrove)
1211 Connecticut Ave., NW, Suite 303
Washington, D.C. 20036

Jensen Egerton Barber (for Keith Roots)
400 7th Street, NW, Suite 400
Washington, D.C. 20004-2237

Howard Bernard Katzoff (for Lawrence Bryant)
601 Indiana Ave., NW, Suite 500
Washington, D.C. 20004

Allen Orenberg (for Christopher Dobbins)
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852

James Rudasill (for John Downs)
717 D Street, NW, Suite 310
Washington, D.C. 20004

Mitchell Seltzer (for Troy Chavious)
717 D Street, NW, Suite 310
Washington, D.C. 20004

Gary Sidell (for Lanika Franklin)
1101 Connecticut Ave., NW, Suite 1000
Washington, D.C. 20036

Notice having already been provided via email to
Assistant U.S. Attorneys
S. Elisa Poteat, and
Emory V. Cole