IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No. 06-308 (RBW) |
| ) | |
| DAMON RASHAWH DIXON ) | |
| ) | |
| Defendant.      ) | |

## ENTRY OF APPEARANCE

Defendant Damon Rashawn Dixon, by and through undersigned counsel, hereby moves this Honorable Court to enter the appearance of Steven J. McCool, Esquire to represent him in the above-captioned case.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Damon Dixon

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December 2006, the foregoing was filed electronically and to the best of my knowledge, information and belief, all defendants and government counsel will be notified through the Electronic Case Filing System.

_____/s/_____
STEVEN J. McCOOL