IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                           )
        v.                )       Criminal No.  06-308 (RBW)
                           )
DAMON RASHAWH DIXON    )
                           )
     Defendant.       )

DEFENDANT'S RESPONSE TO THE GOVERNMENT'S
MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Defendant Damon Rashawn Dixon, by and through undersigned counsel, hereby submits the following in response to the Government's motion to exclude 146 days under the Speedy Trial Act.

1.      On October 12, 2006, the Grand Jury handed up a sealed indictment in the above-captioned case.

2.      A bench warrant was issued, and Mr. Dixon was arrested on November 2, 2006.

3.      The Special Assistant United States Attorney assigned to this matter provided Mr. Dixon's prior counsel with discovery from Mr. Dixon's November 1, 2005 arrest.  While this act may be part of the conspiracy count, this arrest appears to relate mainly to the second count in the Indictment.

4.      No other discovery was provided with respect to the conspiracy count until December 20, 2006 when AUSA Elisa Poteat kindly provided materials copied on 13 compact disks.

5.      Given the delay in providing discovery, the Court should not exclude 146 days based on the government's argument that undersign counsel needs time to review the evidence.

1

For the same reason, Mr. Dixon cannot offer an informed position whether this case is "complex," as the government suggests.

      6.     Notwithstanding, it does appear that Mr. Dixon will require some period of time to properly prepare for trial. A period of 60 days should be a sufficient amount of time for Mr. Dixon to complete his trial preparation.

      WHEREFORE, Mr. Dixon, through counsel, does not oppose an exclusion of time of no more than 60 days.

                    Respectfully submitted,

                    _____/s/_____
                    STEVEN J. McCOOL
                    D.C. Bar No. 429369
                    MALLON & McCOOL, LLC
                    1776 K Street, N.W., Suite 200
                    Washington, D.C. 20006
                    (202) 393-7088

                    Counsel for Damon Dixon

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of January 2007, the foregoing was filed electronically and to the best of my knowledge, information and belief, all defendants and government counsel will be notified through the Electronic Case Filing System.


_____/s/_____
STEVEN J. McCOOL