UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. ) Criminal Action No. 06-308 (RBW)
)
DAMON RASHAWN DIXON, )
)
        Defendant. )
)

## ORDER

On December 20, 2006, the government filed a motion in this case to exclude the time period between November 5, 2006, and March 29, 2007, from calculations under the Speedy Trial Act.[1] 18 U.S.C. § 3161 (2000). Accordingly, it is hereby

**ORDERED** that any opposition to the government's motion shall be filed by January 16, 2007.

**SO ORDERED** this 3rd day of January, 2007.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge

---

[1] This case is related to United States v. Darnell Jackson, et al., a twelve-defendant case for which the time period between September 29, 2006, and March 29, 2007, has been excluded from Speedy Trial Act calculations. Order at 2, United States v. Jackson (Crim. No. 06-227) (RBW) (October 27, 2006).