IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                  Criminal No.   06-308 (RBW)

DAMON RASHAWN DIXON,
        Defendant.

**UNITED STATES' SECOND MOTION FOR
EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

Now comes the United States of America and Alberto R. Gonzalez, Attorney General for the United States, by Paul T. Camilletti and Thomas O. Mucklow, Special Attorneys to the United States Attorney General, and requests this Court to exclude the time period between March 29, 2007 and April 30, 2007, (32 days) under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(A).  As grounds for this motion, the United States shows:

1.  By order entered January 11, 2007, the Court excluded time from the Speedy Trial Act from November 5, 2006 to March 29, 2007, a period of 146 days.  Status hearings were held in this matter on January 12, 2007 and March 9, 2007.  However, the Court has not scheduled this matter for motion practice nor has a trial date been set.

2.  By order dated November 28, 2006, this case was reassigned to this Court as it is a related case to *United States v. Darnall Jackson, et al.*, Criminal No. 06-227.  The *Jackson* case has likewise had all time excluded through March 29, 2007.

3.  By motion filed March 6, 2007, the Defendant requested this Court to reconsider the order of pretrial detention entered by the United States Magistrate Judge (document no. 19).  This motion remains pending.

4.  In *Zedner v. United States*, ____ U.S. ____, 1265 S. Ct. 1976 (2006), the Supreme Court recognized that when a "court grants an end of justice continuance, it must 'set forth, in the record of the case, either orally or in writing its reasons,' for finding that the ends of justice are served and they outweigh other interests. 18 U.S.C. § 3161(h)(8)(A)."

5.  In light of the pending motion before the Court, and the necessity to schedule this matter for motion practice prior to the scheduling of a trial date, the United States moves for an additional extension of time, a period of thirty (32) days to April 30, 2007.

                Respectfully submitted,

                ALBERTO R. GONZALEZ
                UNITED STATES ATTORNEY GENERAL

By: _____
     Paul T. Camilletti
     Thomas O. Mucklow
     Special Attorneys to the
     United States Attorney General

CERTIFICATE OF SERVICE

I, Paul T. Camilletti, hereby certify that the foregoing United States' Second Motion for Exclusion of Time under the Speedy Trial Act was electronically filed with the Clerk of the Court using the CM/ECF system and served on the parties as follows:

Daniel Thomas McNamara, Esq.
MALLON AND MCCOOL, LLC
300 East Lombard Street
Suite 920
Baltimore, MD 21202

Steven J. McCool, Esq.
Attorney at Law
1776 K. Street, N.W., Suite 200
Washington, DC 20006

on this 29th day of March, 2007.

/s/ Paul T. Camilletti
Paul T. Camilletti
Thomas O. Mucklow
Special Attorneys to the
United States Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-308 (RBW) |
| : | |
| DAMON RASHAWN DIXON : | |
| : | |
| _____: | |

## ORDER

Currently before the Court is the Government's Motion for Exclusion of Time under the Speedy Trial Act. This case is related to *United States v. Darnall Jackson, et al.*, in which time has been excluded through March 29, 2007. It appears to the Court that there is presently pending a motion for reconsideration of detention, and it further appears that this matter has not yet been scheduled for a motion practice nor has a trial date been set. It is further noted that this is the Government's second motion for an extension of time in this case and that the Defendant has previously objected to such extension. After carefully reviewing the Government's motion, the Defendant's opposition, and the facts of this case, the Court concludes that the complexity of this case together with *United States v. Jackson*, criminal number 06-227 (RBW) and particularly, the necessity to schedule this matter for motion practice and set a trial date make "it . . .unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established [in the Speedy Trial Act], 18 U.S.C. § 3161(h)(8)(B)(ii). Accordingly, it is hereby Ordered that the Government's motion for exclusion of time is granted.

The time period between March 29, 2007 and April 30, 2007 is excluded from Speedy Trial Act calculations so Ordered this ____ day of _____, 2007.

 

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT

Copies to:

Daniel Thomas McNamara
MALLON AND MCCOOL, LLC
300 East Lombard Street
Suite 920
Baltimore, MD 21202

Paul T. Camilletti, Esq.
United States Attorney's Office
217 West King Street, Suite 400
Martinsburg, WV 25401
(304) 262-0590

Thomas O. Mucklow, Esq.
United States Attorney's Office
217 West King Street, Suite 400
Martinsburg, WV 25401
(304) 262-0590