**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  06-308 (RBW) |
| | ) | |
| **DAMON RAWSHAWN DIXON** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT DAMON DIXON'S MOTION TO EXCLUDE WITNESSES
PRIOR TO AND DURING THE TRIAL OF THIS CASE AND TO DISCLOSE ALL
INSTANCES WHERE WITNESSES WERE INTERVIEWED JOINTLY**

Defendant Damon Dixon, by and through undersigned counsel, respectfully moves this Court pursuant to the Federal Rules of Evidence and the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, to exclude witnesses prior to and during the trial of this case. In addition, Mr. Dixon requests the Court to order the government to disclose the time, dates, and locations of all instances where government and/or civilian witnesses were interviewed jointly. Mr. Dixon also asks the Court to order the government to disclose all documents relating to these joint interviews. Finally, Mr. Dixon requests a hearing on this matter so that he can examine all individuals who participated in any joint interviews. In support of his motion, Mr. Dixon submits the following.

Rule 615 of he Federal Rules of Evidence states that "[a]t the request of a party the court shall order witnesses excluded so that they cannot hear the testimony of other witnesses. . . ." Mr. Dixon now makes this request.

The purpose of this rule is to discourage and expose "fabrication, inaccuracy, and collusion." F.R.E. 615, Advisory Committee Notes. The underlying principle of this rule would be eviscerated if the government were allowed to do pretrial what it is clearly forbidden from

1

doing during the course of the trial in this case.  Therefore, the government ought to disclose the requested information so that Mr. Dixon can determine the extent of the prejudice arising from joint interviews.

WHEREFORE, for the foregoing reasons and any others which may appear to the Court following an evidentiary hearing, Mr. Dixon requests the Court to grant the relief sought herein.

Respectfully submitted,


_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W.
Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Damon Dixon

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2007, a copy of the foregoing was served through the electronic document filing system of the United States District Court for the District of Columbia to the following attorneys of record in the above-captioned case and *United States v. Darnell Jackson, et al.*, Criminal Case No. 06-227:

Thomas Abbenante
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006
(for William Gray)

Rudolph Acree
1211 Connecticut Avenue, N.W.
Suite 303
Washington, DC 20036
(for Bernie Hargrove)

Jensen Egerton Barber
400 Seventh Street, N.W.
Suite 400
Washington, DC 20004-2237
(for Keith Roots)

Joseph Edmund Beshouri
419 Seventh Street, N.W.
Suite 201
Washington, DC 20004
(for Tony Hilt)

Cary Clennon
P.O. Box 29302
Washington, DC 20017-9302
(for Troy Hopkins)

Cynthia Katkish
601 Pennsylvania Avenue, N.W.
Suite 900-S No. 221
Washington, DC 20004-3615
(for Dominique Washington)

Howard Bernard Katzoff
717 D Street, N.W.
Suite 310
Washington, DC 20004
(for Lawrence Bryant)

Allen Howard Orenberg
11200 Rockville Pike
Suite 300
North Bethesda, MD 20852
(for Christopher Dobbins)

James W. Rudasill, Jr.
717 D Street, N.W.
Suite 310
Washington, DC 20004
(for John Downs)

Mitchell Mark Seltzer
717 D Street, N.W.
Suite 310
Washington, DC 20004
(for Troy Chavious)

Gary M. Sidell
1101 Connecticut Avenue, N.W.
Suite 1000
Washington, DC 20036
(for Lanika Franklin)

Nathan I. Silver, II
P.O. Box 5757
Bethesda, MD 20824-5757
(for Darnell Jackson)

Joanne D. Slaight
717 Fifth Street, N.W.
Washington, DC 20001
(for Tinesha Adams)

Paul T. Camilletti
U.S. Attorney's Office for the
 Northern District of West Virginia
217 West King Street
Suite 400
Martinsburg, WV 25401

Tom Mucklow
U.S. Attorney's Office for the
 Northern District of West Virginia
217 West King Street
Suite 400
Martinsburg, WV 25401

Emory Vaughan Cole
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W.
Washington, DC 20530

S. Elisabeth Poteat
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W.
Washington, DC 20530

                                                                        _____/s/_____
                                                                       STEVEN J. McCOOL

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 06-308 (RBW)** |
| ) | |
| **DAMON RAWSHAWN DIXON** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of Defendant Dixon's Motion to Exclude Witnesses Prior to and During the Trial of this Case and to Disclose All Instances Where Witnesses Were Interviewed Jointly, the government's response thereto, and the entire record in this matter, it is this ____ day of June 2007, hereby

**ORDERED**, that Defendant Dixon's motion is granted.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE