UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.     : | CRIMINAL NO. 06-308 (RBW) |
| : | |
| DAMON RASHAWN DIXON : | |
| : | |
| _____ : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR NOTICE OF GOVERNMENT'S
INTENTION TO INVOKE RESIDUAL HEARSAY EXCEPTION**

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion for notice of Government's Intention to Invoke Rule 807 (Document No. 36) states that it does not object to the Motion.

1. Rule 807 states in part, "a statement not specifically covered by Rule 803 or Rule 804 but having equivalent circumstantial guarantees of trustworthiness, is not excluded by the hearsay rule, if the Court determines that (A) the statement is offered as evidence of a material fact; (B) the statement is more probative on the point for which it is offered than any other evidence which the proponent can procure through reasonable efforts; and (C) the general purposes of these rules and the interests of justice will best be served by admission of the statement into evidence." Rule 807 F.R.E.V. The Rule further provides that the proponent of the statement must make known "to the adverse party sufficiently in advance of the trial or hearing to provide the adverse party with a fair opportunity to prepare to meet" the statement. *Id.*

The United States recognizes its responsibility under Rule 807 and should the United States determine that it has such a statement, it will immediately give notice of same. At present, it does not appear that any testimony will require invocation of the residual hearsay rule.

          RESPECTFULLY SUBMITTED,
          PAUL T. CAMILLETTI
          THOMAS O. MUCKLOW
          SPECIAL ATTORNEYS TO THE UNITED STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
      Paul T. Camilletti
      Thomas O. Mucklow
      Assistant United States Attorneys
      217 West King Street
      Suite 400
      Martinsburg, WV 25401
      (304) 262-0590

CERTIFICATE OF SERVICE

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the __24th__ day of July, 2007, the foregoing Government's Response to Defendant's Motion for Notice of Government's Intention to Invoke Residual Hearsay Exception was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Steven J. McCool<br>
Attorney at Law<br>
1776 K. Street, N.W., Suite 200<br>
Washington, D.C. 20006

RESPECTFULLY SUBMITTED,
PAUL T. CAMILLETTI
THOMAS O. MUCKLOW
SPECIAL ATTORNEYS TO THE UNITED
STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
Paul T. Camilletti
Thomas O. Mucklow
Assistant United States Attorneys
217 West King Street
Suite 400
Martinsburg, WV 25401
(304) 262-0590