## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  06-308 (RBW)** |
| | : | |
| **DAMON RASHAWN DIXON** | : | |
| | : | |
| _____ | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION FOR DISCLOSURE OF BRADY/GIGLIO INFORMATION
### AND MOTION FOR EARLY PRODUCTION OF JENCKS MATERIAL

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion for Disclosure of Brady/Giglio Information and Motion for Early Production of *Jencks* Material (Document No. 27), the United States responds as follows:

1. The United States does not object to providing exculpatory information.  The United States knows of no exculpatory information.

2. The United States objects to Defendant, Dixon's request for early disclosure of *Jencks* material.  Rule 26.2 of the Federal Rules of Criminal Procedure provides that *Jencks* material should be delivered to the opposing party after a witness has testified on direct examination.  The United States recognizes that this rule applies at trial and at any suppression hearing which the Court may schedule.

3.      Early disclosure of *Jencks* material is not required.  *United States v. Lewis*, 35 F.3d

148 (4th Cir. 1994).

                                RESPECTFULLY SUBMITTED,
                                PAUL T. CAMILLETTI
                                THOMAS O. MUCKLOW
                                SPECIAL ATTORNEYS TO THE UNITED
                                STATES ATTORNEY GENERAL


                        By:     /s/ Paul T. Camilletti
                                Paul T. Camilletti
                                Thomas O. Mucklow
                                Assistant United States Attorneys
                                217 West King Street
                                Suite 400
                                Martinsburg, WV 25401
                                (304) 262-0590

2

<u>CERTIFICATE OF SERVICE</u>

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the <u>24th</u> day of July, 2007, the foregoing Defendant's Motion for Disclosure of Brady/Giglio Information and Motion for Early Production of *Jencks* Material was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Steven J. McCool
Attorney at Law
1776 K. Street, N.W., Suite 200
Washington, D.C. 20006

RESPECTFULLY SUBMITTED,
PAUL T. CAMILLETTI
THOMAS O. MUCKLOW
SPECIAL ATTORNEYS TO THE UNITED
STATES ATTORNEY GENERAL

By:    /s/ Paul T. Camilletti
Paul T. Camilletti
Thomas O. Mucklow
Assistant United States Attorneys
217 West King Street
Suite 400
Martinsburg, WV 25401
(304) 262-0590

3