UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-308 (RBW) |
| | : | |
| DAMON RASHAWN DIXON | : | |
| | : | |
| _____ | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO EXCLUDE WITNESSES PRIOR TO AND DURING
TRIAL OF THIS CASE AND TO DISCLOSE ALL INSTANCES
WHERE WITNESSES WERE INTERVIEWED JOINTLY**

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion to Exclude Witnesses Prior to and during Trial of this Case and to Disclose all Instances where Witnesses were Interviewed Jointly (Document No. 33) pursuant to Rule 615 states that it has no objection to this motion.

1. The Defendant has further moved to disclose instances where witnesses were interviewed jointly. The United States has no objection to advising Defendant that witnesses were interviewed jointly, if in fact, it learns that such a circumstance arose. At present, it does not appear that this event has occurred.

        RESPECTFULLY SUBMITTED,
        PAUL T. CAMILLETTI
        THOMAS O. MUCKLOW
        SPECIAL ATTORNEYS TO THE UNITED
        STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
       Paul T. Camilletti
       Thomas O. Mucklow
       Assistant United States Attorneys
       217 West King Street
       Suite 400
       Martinsburg, WV 25401
       (304) 262-0590

CERTIFICATE OF SERVICE

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the __24th__ day of July, 2007, the foregoing Government's Response to Defendant's Motion to Exclude Witnesses Prior to and During Trial of this Case and to Disclose All Instances Where Witnesses Were Interviewed Jointly was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Steven J. McCool
Attorney at Law
1776 K. Street, N.W., Suite 200
Washington, D.C. 20006

RESPECTFULLY SUBMITTED,
PAUL T. CAMILLETTI
THOMAS O. MUCKLOW
SPECIAL ATTORNEYS TO THE UNITED
STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
Paul T. Camilletti
Thomas O. Mucklow
Assistant United States Attorneys
217 West King Street
Suite 400
Martinsburg, WV 25401
(304) 262-0590