UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-308 (RBW) |
| : | |
| DAMON RASHAWN DIXON : | |
| : | |
| _____ : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR SEVERANCE OF DEFENDANTS**

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion for Severance of Defendants (Document No. 32) states that it objects to the motion for the following reasons:

1. Rule 14 of the Federal Rules of Criminal Procedure provides, in part, "if. . .a consolidation for trial appears to prejudice a defendant or the government, the court may order separate trials of counts, sever the Defendant's trials or provide any other relief that justice requires." The Defendant, Dixon, urges that because he has a special prosecutor, he will be unduly prejudiced before the jury.

2. In *Zafiro v. United States*, 506 U.S. 534 (1993), the Supreme Court addressed the application of Motion under Rule 14 in the context of drug defendants who had been indicted together. *Id.* In the course of ruling that the mutually antagonistic defenses among the four Defendants did not justify a severance under Rule 14, the Court noted that there is a preference in the fedearl system for joint trials. *Id.* p. 537. The Court further noted that joint trials "promote efficiency and 'serve the interests of justice by avoiding the scandel and inequity of inconsistent verdicts.'" *Id.* In rejecting Rule 14 severance, the Court held "mutually antaganistic defenses are not

      prejudicial per se. Moreover, Rule 14 does not require severance even if prejudice is shown; rather, it leaves the tailoring of the relief to be granted, if any, to the District Court's sound discretion." *Id.* p. 541.

3. Here, Dixon does not claim antagonism with any co-defendants or indeed any reason for severance other than the fact that the jury. . .will. . .infer that Mr. Dixon had a large role in the conspiracy, because the Government has assigned one attorney to prosecute him exclusively." (Document No. 32). This fear seems overblown. The United States respectfully suggests that the jury will have no idea that one person was assigned to prosecute Dixon, unless Dixon should emphasize that himself. The Motion for Severance should be denied.

                              RESPECTFULLY SUBMITTED,
                              PAUL T. CAMILLETTI
                              THOMAS O. MUCKLOW
                              SPECIAL ATTORNEYS TO THE UNITED STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
       Paul T. Camilletti
       Thomas O. Mucklow
       Assistant United States Attorneys
       217 West King Street
       Suite 400
       Martinsburg, WV 25401
       (304) 262-0590

CERTIFICATE OF SERVICE

    I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the   24th   day of July, 2007, the foregoing Government's Response to Defendant's Motion for Severance of Defendants was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                      Mr. Steven J. McCool
                         Attorney at Law
              1776 K. Street, N.W., Suite 200
                    Washington, D.C. 20006

                                          RESPECTFULLY SUBMITTED,
                                          PAUL T. CAMILLETTI
                                          THOMAS O. MUCKLOW
                                          SPECIAL ATTORNEYS TO THE UNITED
                                          STATES ATTORNEY GENERAL


                      By:     /s/ Paul T. Camilletti
                             Paul T. Camilletti
                             Thomas O. Mucklow
                             Assistant United States Attorneys
                             217 West King Street
                             Suite 400
                             Martinsburg, WV 25401
                             (304) 262-0590