**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO.  06-308 (RBW)** |
| | **:** | |
| **DAMON RASHAWN DIXON** | **:** | |
| | **:** | |
| _____ | **:** | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION IN LIMINE TO PRECLUDE ADMISSION**
**OF COCONSPIRATOR HEARSAY STATEMENTS**

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General,

Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion in Limine to

Preclude Admission of Coconspirator Hearsay Statements (Document No. 31) states that it objects

to the motion for the following reason:

1.     In *Bourjailly v. United States*, 483 U.S. 171 (1987), the Supreme Court held that

before coconspirator statements may be admitted under Rule 801(d)(2)(E), the

offering party must prove the existence of a conspiracy by a preponderance of the

evidence. *Id.* p. 176.  In meeting that burden of proof, the proponent may use the

coconspirator statements as evidence of the existence of the conspiracy and the

participation of both the Defendant and the declarant in the conspiracy. *Id.* p. 180.

The Motion in Limine should be denied.

RESPECTFULLY SUBMITTED,
PAUL T. CAMILLETTI
THOMAS O. MUCKLOW
SPECIAL ATTORNEYS TO THE UNITED
STATES ATTORNEY GENERAL


By:     /s/ Paul T. Camilletti

Paul T. Camilletti
Thomas O. Mucklow
Assistant United States Attorneys
217 West King Street
Suite 400
Martinsburg, WV 25401
(304) 262-0590

CERTIFICATE OF SERVICE

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District

of Columbia hereby certify that on the ___24th___ day of July, 2007, the foregoing Defendant's

Motion in Limine to Preclude Admission of Coconspirator Hearsay Statements was electronically

filed with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following:

Mr. Steven J. McCool
Attorney at Law
1776 K. Street, N.W., Suite 200
Washington, D.C. 20006

RESPECTFULLY SUBMITTED,
PAUL T. CAMILLETTI
THOMAS O. MUCKLOW
SPECIAL ATTORNEYS TO THE UNITED
STATES ATTORNEY GENERAL

By:    /s/ Paul T. Camilletti_____
Paul T. Camilletti
Thomas O. Mucklow
Assistant United States Attorneys
217 West King Street
Suite 400
Martinsburg, WV 25401
(304) 262-0590