UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-308 (RBW) |
| : | |
| DAMON RASHAWN DIXON : | |
| : | |
| _____ : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR APPROVED TRIAL PRODUCTION OF
EVIDENCE ADMISSIBLE TO ATTACK THE
CREDIBILITY OF CO-CONSPIRATOR, DECLARANCE**

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion for Production of Evidence to Attack the Credibility of Co-Conspirator, Declarants, (Document No. 40) states that it has no objection to the Defendant's request for Rule 806 material. At present, the United States is not aware of any non-testifying coconspirator hearsay, but will notify defense counsel should any come to its attention.

                RESPECTFULLY SUBMITTED,
                PAUL T. CAMILLETTI
                THOMAS O. MUCKLOW
                SPECIAL ATTORNEYS TO THE UNITED
                STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
       Paul T. Camilletti
       Thomas O. Mucklow
       Assistant United States Attorneys
       217 West King Street
       Suite 400
       Martinsburg, WV 25401
       (304) 262-0590


## CERTIFICATE OF SERVICE

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the __24th__ day of July, 2007, the foregoing **Government's Response to Defendant's Motion for Approved Trial Production of Evidence Admissible to Attack the Credibility of Co-conspirator, Declarance** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Steven J. McCool
Attorney at Law
1776 K. Street, N.W., Suite 200
Washington, D.C. 20006

RESPECTFULLY SUBMITTED,
PAUL T. CAMILLETTI
THOMAS O. MUCKLOW
SPECIAL ATTORNEYS TO THE UNITED
STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
Paul T. Camilletti
Thomas O. Mucklow
Assistant United States Attorneys
217 West King Street
Suite 400
Martinsburg, WV 25401
(304) 262-0590