**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  06-308 (RBW)** |
| | : | |
| **DAMON RASHAWN DIXON** | : | |
| | : | |
| _____: | | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR NOTICE BY THE GOVERNMENT PURSUANT**
**TO RULE 12 OF ITS INTENTION TO USE SPECIFIC EVIDENCE**

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion for Notice by the Government Pursuant to Rule 12 of its Intention to Use Specific Evidence (Document No. 30) states that it does not object to the motion as follows:

1.      Rule 12 of the Federal Rules of Criminal Procedure provides, in part, "at the arraignment or as soon afterward as practicable, the Defendant may, in order to have an opportunity to move to suppress evidence under Rule 12(b)(3)(C), requests notice of the Government's intent to use (in its evidence in chief at trial) any evidence that the Defendant may be entitled to discover under Rule 16." The United States has provided comprehensive Rule 16 disclosure in this case. The United States has indicated in its Rule 16 disclosure that its evidence would include drugs and packaging as indicated on the DEA 7. The DEA 7 (Lab no. KP851) indicates that Item No. 1 is a one ounce vial containing clear liquid PCP. This evidence included one glass vial containing 7.9 grams of PCP and two eight ounce lemon juice bottles containing liquid PCP weighing a total of 380.5 grams. The total seizure was 388.4 grams of PCP. In addition, a number of photographs were generated at the scene of

the traffic stop documents and photographs, all of which were disclosed.  In his package of pretrial motions, Defendant has filed motions to suppress his statements, document no. 35, and motions to suppress the drug evidence, document no. 37.

RESPECTFULLY SUBMITTED,
PAUL T. CAMILLETTI
THOMAS O. MUCKLOW
SPECIAL ATTORNEYS TO THE UNITED
STATES ATTORNEY GENERAL

By:    /s/ Paul T. Camilletti
       Paul T. Camilletti
       Thomas O. Mucklow
       Assistant United States Attorneys
       217 West King Street
       Suite 400
       Martinsburg, WV 25401
       (304) 262-0590

<u>CERTIFICATE OF SERVICE</u>

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the ___24th___ day of July, 2007, the foregoing Government's Response to Defendant's Motion for Notice by the Government Pursuant to Rule 12 of its Intention to Use Specific Evidence was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Steven J. McCool
Attorney at Law
1776 K. Street, N.W., Suite 200
Washington, D.C. 20006

RESPECTFULLY SUBMITTED,
PAUL T. CAMILLETTI
THOMAS O. MUCKLOW
SPECIAL ATTORNEYS TO THE UNITED
STATES ATTORNEY GENERAL

By:     /s/ Paul T. Camilletti
Paul T. Camilletti
Thomas O. Mucklow
Assistant United States Attorneys
217 West King Street
Suite 400
Martinsburg, WV 25401
(304) 262-0590