UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 06-308 (RBW) |
| | : |
| DAMON RASHAWN DIXON | : |
| | : |
| _____ | : |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR A BILL OF PARTICULARS**

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and objects to the Defendant's Motion for a Bill of Particulars (Document No. 29) for the following reasons:

1. In this two Count Indictment, Dixon is alleged to have participated with others in a conspiracy to possess with intent to distribute and to distribute PCP, a controlled substance, in violation of 21 U.S.C. § 846 and with possession with intent to distribute 388.4 grams of PCP on November 1, 2005 in violation of 21 U.S.C. § 841(a)(1). No overt acts are alleged with regard to the drug conspiracy. *United States v. Shabani*, 513 U.S. 10 (1994). The events of Count 2 in the Indictment arise from a traffic stop of the Defendant by the Metropolitan Police Department.

2. A Bill of Particulars is appropriate only to provide adequate information to the Defendant for the charges to be understood and to avoid unfair surprise at trial. *United States v. American Waste Fibers Co.*, 809 F.2d 1044, 1047 (4th Cir. 1987). However, it is inappropriate to use a Bill of Particulars to gain additional discovery. *United States v. Automated Medical Labs, Inc.*, 770 F.2d 399, 405 (4th Cir. 1985). A review of the particulars sought by Dixon will reveal that Dixon is not seeking

detail concerning the Indictment brought against him, which is after all straighforward, but rather is seeking discovery disclosure concerning the Government's case. The Bill of Particulars is not an appropriate vehicle for discovery and the motion should be denied. *United States v. Fletcher*, 74 F.3d 49, 53 (4th Cir. 1996).

                                              RESPECTFULLY SUBMITTED,
                                              PAUL T. CAMILLETTI
                                              THOMAS O. MUCKLOW
                                              SPECIAL ATTORNEYS TO THE UNITED
                                              STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
        Paul T. Camilletti
        Thomas O. Mucklow
        Assistant United States Attorneys
        217 West King Street
        Suite 400
        Martinsburg, WV 25401
        (304) 262-0590

CERTIFICATE OF SERVICE

      I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the  24th  day of July, 2007, the foregoing Government's Response to Defendant's Motion for a Bill of Particulars was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Mr. Steven J. McCool
      Attorney at Law
      1776 K. Street, N.W., Suite 200
      Washington, D.C. 20006

      RESPECTFULLY SUBMITTED,
      PAUL T. CAMILLETTI
      THOMAS O. MUCKLOW
      SPECIAL ATTORNEYS TO THE UNITED
      STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
      Paul T. Camilletti
      Thomas O. Mucklow
      Assistant United States Attorneys
      217 West King Street
      Suite 400
      Martinsburg, WV 25401
      (304) 262-0590