UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-308 (RBW) |
| : | |
| DAMON RASHAWN DIXON : | |
| : | |
| _____ : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO DISCLOSE ANY AND ALL CONTACT
BETWEEN GOVERNMENT AGENTS OR PROSECUTORS
AND POTENTIAL JAILHOUSE INFORMANTS

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion to Immediately Disclose Contact Between Government Agents or Prosecutors and Jailhouse Informants (Document No. 34) states as follows:

1. Defendant, Dixon, was arrested and detained after his Indictment was returned in October, 2006. In *United States v. Henry*, 447 U.S. 264, 270 (1980), the Supreme Court held that incriminating statements obtained from the Defendant by a cell mate who was a paid Government informant violate the Sixth Amendment right to counsel and are inadmissible. See also, *Maine v. Moulton*, 474 U.S. 159 (1985) (post indictment statements to undercover informant at meeting to plan defense strategy violated Sixth Amendment; accordingly, the United States does not object to

the request to disclose contact between Government agents and jailhouse informants.  At present, the United States is not aware of the use of jailhouse informants in this case.

                                              RESPECTFULLY SUBMITTED,
                                              PAUL T. CAMILLETTI
                                              THOMAS O. MUCKLOW
                                              SPECIAL ATTORNEYS TO THE UNITED
                                              STATES ATTORNEY GENERAL

By:    /s/ Paul T. Camilletti
           Paul T. Camilletti
           Thomas O. Mucklow
           Assistant United States Attorneys
           217 West King Street
           Suite 400
           Martinsburg, WV 25401
           (304) 262-0590

CERTIFICATE OF SERVICE

      I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the ___24th___ day of July, 2007, the foregoing Government's Response to Defendant's Motion to Disclose Any and All Contact Between Government Agents or Prosecutors and Potential Jailhouse Informants was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. Steven J. McCool
> Attorney at Law
> 1776 K. Street, N.W., Suite 200
> Washington, D.C. 20006

> RESPECTFULLY SUBMITTED,
> PAUL T. CAMILLETTI
> THOMAS O. MUCKLOW
> SPECIAL ATTORNEYS TO THE UNITED
> STATES ATTORNEY GENERAL

> By:   /s/ Paul T. Camilletti
>        Paul T. Camilletti
>        Thomas O. Mucklow
>        Assistant United States Attorneys
>        217 West King Street
>        Suite 400
>        Martinsburg, WV 25401
>        (304) 262-0590