UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-308 (RBW) |
| | : | |
| DAMON RASHAWN DIXON | : | |
| | : | |
| _____ | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO
IDENTIFY WITNESSES WITH JUVENILE ADJUDICATIONS**

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion for Juvenile Adjudications as Part of Witness' Criminal Histories, (Document No. 39) states that it has no objection to the Motion.

1. In *Davis v. Alaska*, 415 U.S. 308 (1973), the Supreme Court ruled that a witness' status as a juvenile delinquent on probation was important information that the defendant could place before the jury in order to cross-examine the witness for bias. *Id.* p. 316-317. At present, the United States is not aware that any witness has a juvenile adjudication, but will notify the Court if such should come to its attention

    RESPECTFULLY SUBMITTED,
    PAUL T. CAMILLETTI
    THOMAS O. MUCKLOW
    SPECIAL ATTORNEYS TO THE UNITED
    STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
       Paul T. Camilletti
       Thomas O. Mucklow
       Assistant United States Attorneys
       217 West King Street
       Suite 400
       Martinsburg, WV 25401
       (304) 262-0590

CERTIFICATE OF SERVICE

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the 24th day of July, 2007, the foregoing Government's Response to Defendant's Motion to Identify Witnesses with Juvenile Adjudications was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. Steven J. McCool
> Attorney at Law
> 1776 K. Street, N.W., Suite 200
> Washington, D.C. 20006

> RESPECTFULLY SUBMITTED,
> PAUL T. CAMILLETTI
> THOMAS O. MUCKLOW
> SPECIAL ATTORNEYS TO THE UNITED
> STATES ATTORNEY GENERAL

> By:   /s/ Paul T. Camilletti
> Paul T. Camilletti
> Thomas O. Mucklow
> Assistant United States Attorneys
> 217 West King Street
> Suite 400
> Martinsburg, WV 25401
> (304) 262-0590