UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-308 (RBW) |
| | : | |
| DAMON RASHAWN DIXON | : | |
| | : | |
| _____ | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO
PERMIT COUNSEL TO QUESTION JURORS DURING VOIR DIRE**

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion to Permit Counsel to Question Jurors during Voir Dire (Document No. 38) states that it objects to the Motion for the following reasons.

1. It has been held that Rule 24(a) of the Federal Rules of Criminal Procedure that voir dire should be conducted by the District Court is not unconstitutional. *United States v. Duke*, 409 F.2d 669, 671 (4th Cir. 1969). The Fourth Circuit observed, "there are very substantial reasons for referring the direction of all inquiries to the venire through the Court, and as long as the Judge makes all of the inquiries of the panel which may be reasonably requested, the Defendant has no basis for complaint." *Id.* p. 671.

Permitting voir dire by defense counsel will unnecessarily prolong jury selection and will permit counsel for both parties to argue their case to the jury before the jury is impaneled and sworn. The motion should be denied.

        RESPECTFULLY SUBMITTED,
        PAUL T. CAMILLETTI
        THOMAS O. MUCKLOW
        SPECIAL ATTORNEYS TO THE UNITED STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
       Paul T. Camilletti
       Thomas O. Mucklow
       Assistant United States Attorneys
       217 West King Street
       Suite 400
       Martinsburg, WV 25401
       (304) 262-0590

CERTIFICATE OF SERVICE

     I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the __24th__ day of July, 2007, the foregoing Government's Response to Defendant's Motion to Permit Counsel to Question Jurors During Voir Dire was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

          Mr. Steven J. McCool
          Attorney at Law
     1776 K. Street, N.W., Suite 200
          Washington, D.C. 20006

          RESPECTFULLY SUBMITTED,
          PAUL T. CAMILLETTI
          THOMAS O. MUCKLOW
          SPECIAL ATTORNEYS TO THE UNITED
          STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
       Paul T. Camilletti
       Thomas O. Mucklow
       Assistant United States Attorneys
       217 West King Street
       Suite 400
       Martinsburg, WV 25401
       (304) 262-0590