UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-308 (RBW) |
| : | |
| DAMON RASHAWN DIXON : | |
| : | |
| _____ : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO PRECLUDE IMPEACHMENT OF
<u>DEFENDANT WITH EVIDENCE OF PRIOR CONVICTIONS</u>**

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion to Preclude Impeachment (Document No. 28) states that it objects to the motion for the following reasons:

1. A review of Defendant's criminal history reveals that he was convicted of grand larceny in the Circuit Court for the City of Alexandria on December 7, 2000 and was sentenced to a period of twelve months as a result of that offense which eight months of that sentence was suspended and Defendant placed on probation for a period of two years. Rule 609 of the Federal Rules of Evidence provides, in part, ". . .evidence that an accused has been convicted of such a crime [punishable by. . .imprisonment in excess of one year. . .shall be admitted if the Court determines that the probative value of admitting this evidence outweighs its prejudicial effect to the accused."

2. The Court has discussed impeachment under Rule 609(a)(1) by prior conviction. *United States v. Lipscomb*, 702 F.2d 1049(D.C. Cir. 1983). In *Lipscomb*, the Circuit Court found that "all felony convictions are probative of credibility to some degree." *Id.* p. 322, 325. However, the Circuit Court went on to observe that it is within the discretion of the District Court to further inquire into the background, facts and

circumstances of the underlying conviction. *Id.* p. 327. The Court concluded, "that the District Court has discretion to determine when to inquire into the facts and circumstances underlying a prior conviction and how extensive an inquiry to conduct. *Id.* p. 331.

2. Because the Defendant's prior conviction for grand larceny has some probative value as to his credibility, it should be admitted to impeach the defendant should he determine to testify.

>RESPECTFULLY SUBMITTED,
>PAUL T. CAMILLETTI
>THOMAS O. MUCKLOW
>SPECIAL ATTORNEYS TO THE UNITED STATES ATTORNEY GENERAL
>
>By:   /s/ Paul T. Camilletti
>      Paul T. Camilletti
>      Thomas O. Mucklow
>      Assistant United States Attorneys
>      217 West King Street
>      Suite 400
>      Martinsburg, WV 25401
>      (304) 262-0590

CERTIFICATE OF SERVICE

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the ___24th___ day of July, 2007, the foregoing Government's Response to Defendant's Motion to Preclude Impeachment of Defendant with Evidence of Prior Convictions was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Steven J. McCool
Attorney at Law
1776 K. Street, N.W., Suite 200
Washington, D.C. 20006

RESPECTFULLY SUBMITTED,
PAUL T. CAMILLETTI
THOMAS O. MUCKLOW
SPECIAL ATTORNEYS TO THE UNITED
STATES ATTORNEY GENERAL

By:    /s/ Paul T. Camilletti
       Paul T. Camilletti
       Thomas O. Mucklow
       Assistant United States Attorneys
       217 West King Street
       Suite 400
       Martinsburg, WV 25401
       (304) 262-0590