UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  06-308 (RBW) |
| | : | |
| DAMON RASHAWN DIXON | : | |
| | : | |
| _____ | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO SUPPRESS EVIDENCE

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow and in response to the Defendant's Motion to Suppress Evidence (Document No. 37) states that it objects to the Motion for the following reasons.

1. On November 1, 2005, at approximately 7:23 p.m. officers in the Metropolitan Police Department were patrolling in the 2500 block of Martin Luther King Avenue, SE in Washington, DC.  The officers noted a 2005 Silver Dodge Magnum automobile traveling Northbound on Martin Luther King Avenue with a rear tag obscured by a dark colored covering.  The vehicle was stopped.

2. Upon approaching the vehicle, the first officer detected a strong odor of PCP.  This odor was coming from within the vehicle.  The officer and his Sergeant both observed a clear glass vial containing what appeared to be PCP in plain view on the center console area.  PCP seized previously in the neighborhood was packaged in the same fashion.  The officer asked the Defendant, Dixon, what was in the vial and defendant stated "cologne."  Defendant was removed from the vehicle and the bottle was retrieved.  The bottle emitted a strong odor of PCP.  Dixon was then placed under arrest and a search incident to the arrest resulted in the recovery of $5,675.00

in United States Currency from Dixon's pants pocket.  This currency was divided into five bundles of approximately $1,000.00 each.  Recovered from inside the center console of the vehicle were two lemon juice bottles, each containing approximately 8 ounces of PCP liquid for a total of 16 ounces.  It has previously been recognized that the decision to stop an automobile is reasonable where the police have probable cause to believe that a traffic violation has occurred.  *United States v. Mapp*, 476 F.3d 1012 (D.C. Cir. 2007) (quoting *Whren v. United States*, 517 U.S. 806, 810 (1996)).  Upon approaching the vehicle after the traffic stop, the officer detected a strong odor of PCP.  If there is probable cause to search the vehicle, law enforcement may conduct a warrantless search "that is as thorough as a magistrate could authorize in a warrant."  *United States v. Ross*, 456 U.S. 798, 800 (1982).  The strong odor of PCP emanating from the vehicle gives the officer probable cause to believe that the vehicle contains PCP, a controlled substance.  Hence, the seizure of the vial is based on probable cause and does not violate the Fourth Amendment.  *Ross, Supra.*  The subsequent arrest of Dixon for possession of this PCP justifies the further search of the passenger compartment of the vehicle as pursuant to the warrantless arrest.

*Thornton v. United States,* 541 U.S. 615, 621-24 (2004).  See also, *United States v. Mapp*, 476 F.3d 1012 (D.C. Cir. 2007).

         RESPECTFULLY SUBMITTED,
         PAUL T. CAMILLETTI
         THOMAS O. MUCKLOW
         SPECIAL ATTORNEYS TO THE UNITED
         STATES ATTORNEY GENERAL

By: /s/ Paul T. Camilletti
   Paul T. Camilletti
   Thomas O. Mucklow
   Assistant United States Attorneys
   217 West King Street
   Suite 400
   Martinsburg, WV 25401
   (304) 262-0590

CERTIFICATE OF SERVICE

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the 24th day of July, 2007, the foregoing Government's Response to Defendant's Motion to Suppress Evidence was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. Steven J. McCool
> Attorney at Law
> 1776 K. Street, N.W., Suite 200
> Washington, D.C. 20006

> RESPECTFULLY SUBMITTED,
> PAUL T. CAMILLETTI
> THOMAS O. MUCKLOW
> SPECIAL ATTORNEYS TO THE UNITED
> STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
      Paul T. Camilletti
      Thomas O. Mucklow
      Assistant United States Attorneys
      217 West King Street
      Suite 400
      Martinsburg, WV 25401
      (304) 262-0590