UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO. 06-308 (RBW) |
| | : | |
| DAMON RASHAWN DIXON | : | |
| | : | |
| _____ | : | |

## FACTUAL PROFFER

On November 1, 2005, Officers Swanda, and Smith and Sgt. Whiteside of the District Metropolitan Police Department were patrolling the 2500 block of Martin Luther King Blvd. at approximately 7:23 pm. At that time they encountered a silver in color, 2005 Dodge Magnum automobile traveling northbound. The vehicle's license plate was obscured by a dark colored tag cover. A traffic stop was effected. The lone occupant of the vehicle was the defendant, Damon Rashawn Dixon.

While approaching the stopped vehicle, Officer Swanda smelled a strong odor of PCP fumes coming from within the vehicle. Officer Swanda and Sgt. Whiteside both observed a clear glass vial sitting on the vehicle's center console. Both officers were aware that similar vials containing PCP had previously been recovered in this neighborhood (Barry Farms). Officer Swanda asked Mr. Dixon what was in the bottle and Mr. Dixon replied, "cologne." Mr Dixon was asked to and did exit the vehicle. The glass vial was retrieved, it emitted a strong odor of PCP. Mr Dixon was placed under arrest and a search of his person (incident to the arrest) revealed $5,675.00 in United States currency which Mr. Dixon had in his pants pocket. This money was divided into five (5) bundles of approximately $1,000.00 each.

A search of the vehicle disclosed two (2) Real Lemon juice bottles each containing approximately eight (8) ounces of liquid. These bottles also emitted the odor of PCP.

The items seized, the glass vial and the two Real Lemon juice bottles were submitted to the DEA lab for analysis. The glass vial contained 7.9 grams of liquid containing Phencyclidine (PCP) at a concentration of 66 mg/ml. The two 8 ounce bottles contained 380.5 grams of liquid containing phencyclidine at a concentration of 65 mg/ml. The total calculated weight of the phencyclidine mixture is 388.4 grams.

The two count indictment against Mr. Dixon was returned by a Grand Jury sitting in the District on October 12, 2006. A warrant for Mr. Dixon's arrest issued as a result of the indictment's return was executed on November 1, 2006. At the time of his arrest, Mr. Dixon had $3,374.00 in his possession. The investigation has revealed no employment for Mr. Dixon. Other evidence developed in the investigation of PCP distributions reveals that it is customarily distributed in 8 oz "Real Lemon" juice bottles to mid level distributors. It is sold at approximately $400.00 an ounce.

The parties have reached a stipulation of Relevant Conduct at not less than 700 grams but not more than one kilogram of PCP. Based on the quantity seized, 388.4 grams, and approximating from the cash in Mr. Dixon's possession at the time of his original arrest,

$5,675.00, this stipulation expresses the drug relevant conduct readily provable from the events of Mr. Dixon's arrest on November 1, 2005.

                 RESPECTFULLY SUBMITTED,
                 PAUL T. CAMILLETTI
                 THOMAS O. MUCKLOW
                 SPECIAL ATTORNEYS TO THE UNITED
                 STATES ATTORNEY GENERAL

By: /s/ Paul T. Camilletti
    Paul T. Camilletti
    Thomas O. Mucklow
    Assistant United States Attorneys
    217 West King Street
    Suite 400
    Martinsburg, WV 25401
    (304) 262-0590

_____
Damon Dixon, Defendant

_____
Steven J. McCool, Esq.
Attorney for Mr. Dixon

3

## CERTIFICATE OF SERVICE

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the 12th day of September, 2007, the foregoing Factual Proffer was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Steven J. McCool
>Attorney at Law
>1776 K. Street, N.W., Suite 200
>Washington, D.C. 20006

>RESPECTFULLY SUBMITTED,
>PAUL T. CAMILLETTI
>THOMAS O. MUCKLOW
>SPECIAL ATTORNEYS TO THE UNITED STATES ATTORNEY GENERAL

By:    /s/ Paul T. Camilletti
Paul T. Camilletti
Thomas O. Mucklow
Assistant United States Attorneys
217 West King Street
Suite 400
Martinsburg, WV 25401
(304) 262-0590