UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 06-308 (RBW) |
| DAMON RASHAWN DIXON | : |

## STATEMENT OF ELEMENTS

In order to sustain its burden of proof for the crime of **possession** of **a controlled substance** with the intent to distribute that substance as charged in Count 2 of the indictment, the government must prove the following three (3) essential elements beyond a reasonable doubt:

One:   Defendant, Damon Rashawn Dixon possessed *approximately 388.4* grams of mixture or substance containing a detectable amount of Phencyclidine also known as "PCP" the controlled substance described in the indictment;

Two:   Defendant Damon Rashawn Dixon knew that this substance was Phencyclidine, also known as "PCP"; and

Three: Defendant Damon Rashawn Dixon intended to distribute this controlled substance.

*U.S. V. Crowder,* 87 F3d 1405, 1409(DC Circuit 1996), judgment vacated on other grounds, 519 US 1087 (1997); *US v. Crowder*, 141 F3d 1202,1209 (DC Circuit 1998). In *Crowder I* the Circuit court considered whether Rule 404(b) precluded proof on the elements of intent and knowledge in a prosecution for possession with intent to distribute controlled when the defendant had offered to stipulate those elements. Determining that the stipulation removed those elements from the case, the Circuit Court ruled that Rule 404(b) precluded proof of other similar drug

distributions by the defendant. This opinion was overruled by *Old Chief v. United States,* 519 US 1087 (1997). *Crowder II* affirmed the original convictions, in light of *Old Chief*, and mentions the three elements of knowledge, intent, and possession, in passing, while recognizing the relevance of the government's evidence.

RESPECTFULLY SUBMITTED,<br>
PAUL T. CAMILLETTI<br>
THOMAS O. MUCKLOW<br>
SPECIAL ATTORNEYS TO THE UNITED STATES ATTORNEY GENERAL

By:  /s/ Paul T. Camilletti
Paul T. Camilletti
Thomas O. Mucklow
Assistant United States Attorneys
217 West King Street
Suite 400
Martinsburg, WV 25401
(304) 262-0590