UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 2 2007

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 06-308 (RBW)

DAMON RASHAWN DIXON :

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF PENALTIES

When a person is convicted of possession with intent to distribute 10 grams or more of phencyclidine (PCP) or 100 grams or more of a mixture or substance containing a detectable amount of phencyclidine (PCP), such person shall be sentenced to a term of imprisonment which may not be less than 5 years and not more than 40 years, and a fine, of $2,000,000 if the defendant is an individual, or both.

Any sentence imposed under this subparagraph shall include a term of supervised release of at least 4 years in addition to such term of imprisonment.

Notwithstanding any other provision of law, the Court shall not place on probation or suspend the sentence of any person sentenced under this subparagraph. No person sentenced under this subparagraph shall be eligible for parole during the term of imprisonment imposed therein. 21 USC§841(b)(1)(B).

The Court shall also impose a Special Assessment in the amount of $100.00 upon an individual defendant convicted of a felony. 18 U.S.C. § 3013(a)(2)(A).

United States Sentencing Guideline § 5E1.2 permits the Court to impose a fine to pay the costs of imprisonment, term of Supervised Release, and period of probation.

RESPECTFULLY SUBMITTED,
PAUL T. CAMILLETTI
THOMAS O. MUCKLOW
SPECIAL ATTORNEYS TO THE UNITED
STATES ATTORNEY GENERAL

By: /s/ Paul T. Camilletti
Paul T. Camilletti
Thomas O. Mucklow
Assistant United States Attorneys
217 West King Street
Suite 400
Martinsburg, WV 25401
(304) 262-0590

CERTIFICATE OF SERVICE

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the 12th day of September, 2007, the foregoing Statement of Penalties was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Steven J. McCool
Attorney at Law
1776 K. Street, N.W., Suite 200
Washington, D.C. 20006

RESPECTFULLY SUBMITTED,
PAUL T. CAMILLETTI
THOMAS O. MUCKLOW
SPECIAL ATTORNEYS TO THE UNITED STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
      Paul T. Camilletti
      Thomas O. Mucklow
      Assistant United States Attorneys
      217 West King Street
      Suite 400
      Martinsburg, WV 25401
      (304) 262-0590