## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.  06-308 (RBW)** |
| | ) | |
| **DAMON RAWSHAWN DIXON** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT DAMON DIXON'S
### MEMORANDUM IN AID OF SENTENCING

Defendant Damon Dixon, through undersigned counsel, hereby submits this Memorandum in Aid of Sentencing.

### I.    INTRODUCTION

On September 12, 2007, the defendant, Mr. Dixon, pursuant to a written plea agreement, entered a plea before this Court to one count of unlawful possession with intent to distribute phencyclidine.[1]  Neither counsel nor Mr. Dixon offers any excuse for his actions.  But the context of his life before and after the time of this incident, as discussed in detail below, is relevant, we respectfully submit, to the Court's determination of a sufficient punishment.  Kelly Kraemer-Soares prepared the Presentence Investigation Report ("PSIR") in this case.  By Ms. Kraemer-Soares' calculation, the Court should consult an advisory United States Sentencing Guidelines ("U.S.S.G." or "Guidelines") range of 78 to 97 months.  Notwithstanding, after *Booker*,[2] as Ms. Kraemer-Soares recognizes, a sentencing court, in determining a reasonable and just sentence, must consider a defendant's background, along with his applicable Guidelines range and the other sentencing factors

---

[1]This offense carries a statutory maximum of 40 years and/or a $2,000,000 fine, and a mandatory-minimum sentence of five years.

[2]*United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738 (2005).  Consolidated with *United*

set forth in 18 U.S.C. § 3553(a).  An appraisal of these factors leads to the clear conclusion that a sentence within the Guidelines range would not represent a just punishment.  We respectfully submit that the period of imprisonment of 60 months promotes respect for the law, affords adequate deterrence, and, most importantly, it would represent a just punishment.

## II.    FEDERAL SENTENCING SCHEME AFTER *BOOKER/FANFAN*

Section 3553 of Title 18 of the United States Code is the statutory basis of the Federal sentencing structure.  Congress delegated to the United States Sentencing Commission, pursuant to 18 U.S.C. §§ 993 and 994, authority to enact the United States Sentencing Guidelines.  In *Mistretta v. United States,* 488 U.S. 361 (1989), the Supreme Court upheld the Sentencing Reform Act of 1984 ("SRA") and Congress' delegation of power to the Sentencing Commission.

In *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738 (2005), the Supreme Court ruled that the Sixth Amendment, as interpreted by the Court's decision in *Blakely v. Washington*, 542 U.S. 296, 124 S. Ct. 2531 (2004), mandates that the Guidelines can no longer operate as mandatory sentencing rules.  The Court reaffirmed the Court's holding in *Apprendi v. United States*, 530 U.S. 466 (2000).  That is, any fact, other than a prior conviction, that increases the penalty for a crime beyond the facts established by a guilty plea or jury verdict must be proved to a jury beyond a reasonable doubt or admitted by the defendant.  *Booker*, 125 S.Ct. at 760-61.

In the second part of the decision, the Court held that two provisions of the SRA, 18 U.S.C. § 3553(b)(1) (the provision of the federal sentencing statute which requires sentencing courts to impose a sentence within the applicable Guidelines range, absent a basis for departure) and 18 U.S.C. § 3742(e) (the provision that establishes standards for appellate review) must be severed and excised.  *Id.,* at 764.  Thus, the Guidelines are now "effectively advisory."  *Id.,* at 743.  A sentencing

---

*States v. Fanfan,* 543 U.S. 220, 125 S.Ct. 738 (2005).

court is <u>not</u> required to adhere to the Guidelines. *United States v. Price,* 409 F.3d 436, 442 (D.C. Cir. 2005). Nevertheless, a sentencing court is still required to "consult [the] Guidelines and take them into account when sentencing." *Id.*, at 435 (quoting *Booker,* 125 S.Ct. at 745).

Section 3553(a) requires sentencing courts "<u>to impose a sentence sufficient, but not greater than necessary</u>, to comply with the purposes set forth" in the SRA. Those purposes are:

> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment;
> (B) to afford adequate deterrence to criminal conduct;
> (C) to protect the public from further crimes of the defendant; and
> (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner . . . .

18 U.S.C. § 3553(a)(2)(emphasis added).

In determining the sentence minimally sufficient to comply with Section 3553(a)(2), the sentencing court must consider several factors listed in Section 3553(a). These are: (1) "the nature and circumstances of the offense and the history and characteristics of the defendant"; (2) "the kinds of sentence available"; (3) the Guidelines and policy statements issued by the Sentencing Commission, including the (now non-mandatory) Guideline range; (4) "the need to avoid unwarranted sentencing disparity among defendants with similar records who have been found guilty of similar conduct"; and (5) "the need to provide restitution to any victims of the offense." 18 U.S.C. § 3553(a)(1), (a)(3)--(a)(7).

### III.    <u>DISCUSSION</u>

After examining the facts in this case and applying all of the Section 3553(a) factors, we ask the Court to impose a sentence that would require no more than a period of 60 months imprisonment. This requested sentence, we submit, is no greater than necessary to achieve the goals of the SRA.

### A.    **Nature and Circumstances of Offense and History and Characteristics of Mr. Dixon (18 U.S.C. § 3553(a)(1)).**

Mr. Dixon has admitted to committing a very serious crime.  He has already taken steps to prepare himself to earn a living legally after he is released from prison.  On September 28, 2007, Mr. Dixon sat for and passed the general educational development examination.  PSIR at ¶ 54.  His score exceeded the passing grade by 66 points.  *Id.*  The principal of the Department of Corrections Education Department, Jeanette Davis Boykins, described Mr. Dixon as an "excellent student."  *Id.* Ms. Boykins also stated that Mr. Dixon "was very serious about the learning process."  *Id.*

Under the Guidelines, courts are not to consider a defendant's family ties and responsibilities and community ties.  *See,* U.S.S.G. § 5H1.6.  However, "the [G]uidelines' prohibition of considering these factors cannot be squared with § 3553(a)(1)'s requirement that the court evaluate the "history and characteristics" of Mr. Dixon.  *See United States v. Ranum,* 353 F.Supp.2d 984 (E.D. Wis. 2005).

The PSIR shows that Mr. Dixon had no positive interaction with his father.  PSIR, at ¶ 39. Mr. Dixon did not follow in his Father's footsteps.  He has played an important role in the lives of his children, as evidenced by their letters to the Court in support of their Father.  *See* Exhibits 1 through 4.

Mr. Dixon's other responsibilities, familial and community ties are described in attached letters from numerous people, including his family members and friends.  *See* Exhibits 5 through 14.

No one attempts to excuse or minimize Mr. Dixon's offense. All, however, paint a picture of a man who is loved and who respects others. Mr. Dixon's incarceration will have a profoundly adverse impact on his children and his family. He is not a person who needs to be institutionalized for more than 60 months. Additional time will not benefit society. The attached letters make clear that Mr. Dixon has opportunities that will be available if he is not incarcerated for an overly extended period of time.

The PSIR in this case states that Mr. Dixon was convicted of possession of marijuana in 1999 and for assault & battery and grand larceny in 2000. PSIR, at ¶ 26. On the charge of grand larceny (felony), Mr. Dixon was sentenced to 12 months imprisonment. *Id.* On the charge of assault & battery (misdemeanor), Mr. Dixon was sentenced to 30 days imprisonment. *Id.* The sentences were ordered to run consecutively, but the court suspended all but four months of the grand larceny sentence. *Id.* The details of the conduct resulting in the 2000 convictions show that these crimes were serious, however, the fact that Mr. Dixon "poured gasoline on himself" and expressed suicidal thoughts shows that his actions were, at least in part, attributable to drug use. *Id.*

As mention above, Mr. Dixon has displayed efforts toward rehabilitation since this offense by getting his GED while he has been incarcerated. He has a record of gainful employment. *Id.* at ¶¶ 56 through 63. He loves and he is loved by his family and friends. All of this shows that Mr. Dixon can become a productive member of society.

**B.     The Kinds of Sentences Available (18 U.S.C. § 3553(a)(3)).**

Since the Guidelines are now advisory, the sentencing table and the restrictions on probationary sentences, sentences of home confinement, and split sentences in U.S.S.G. §§ 5A, 5B1 and 5C1 are also advisory. Notwithstanding, the offense to which Mr. Dixon has pled guilty calls for a mandatory term of 60 months imprisonment.

C.    <u>Guidelines Range (18 U.S.C. § 3553(a)(4) & (a)(5))</u>

The PSIR writer has correctly calculated the recommended Guidelines range to be 78 to 97

months imprisonment. *Id.* at 72. The Guidelines also recommend a fine in the range of $12,500 to

$2,000,000. *Id.* at ¶ 85. For the reasons set forth by the PSIR writer, we ask the Court not to impose

a fine in this case. *Id.* at ¶ 70.

D.    **The Need to Avoid Unwarranted Sentence Disparities
Among Defendants With Similar Records Who Have Been
<u>Found Guilty of Similar Conduct (18 U.S.C. § 3553(a)(6)).</u>**

Section 3553(a)(6) directs sentencing judges to consider "the need to avoid unwarranted

sentence disparities among defendants with similar records who have been found guilty of similar

conduct." Mr. Dixon has not pled guilty to conspiracy to possess with the intent to distribute 100

grams or more of phencyclidine. Therefore, any sentences that have been or will be imposed in the

related Criminal Case No. 06-227 are not relevant to the Court's consideration of an appropriate

sentence in this case. *Id.* at ¶ 5.

E.    **The Need to Provide Restitution to Any Victims of the
<u>Offense (18 U.S.C. § 3553(a)(7)).</u>**

Section 3553(a)(7) directs sentencing judges to consider "the need to provide restitution to

any victims of the offense." There are no discernable victims who incurred a financial loss in this

case. *Id.* at ¶ 10.

F.    <u>Request for BOP's Residential Drug Abuse Treatment Program.</u>

The PSIR writer appropriately finds that Mr. Dixon may benefit from a judicial

recommendation for his participation in the Bureau of Prison's Residential Drug Abuse Treatment

Program. *Id.* at ¶ 53. We respectfully ask the Court to recommend Mr. Dixon for this program.

## IV.    <u>CONCLUSION</u>

The Sentencing Reform Act provides a list of goals for sentencing judges to consider when imposing sentence, including: (1) promoting respect for the law, (2) providing just punishment for the offense given the circumstances, (3) affording adequate deterrence for criminal conduct, (4) protecting the public, and (5) providing Mr. Dixon with reasonable rehabilitative services. A sentence of 60 months in prison will achieve the above-listed objectives.

Respectfully submitted,


_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W.
Suite 200
Washington, D.C. 20006
(202-393-7088)

Counsel for Damon Dixon


Dated:  December 6, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing Defendant Damon

Dixon's Memorandum in Aid of Sentencing to be served by the Court's electronic filing system and

by electronic transmission on this 6th day of December 2007 to the following:

AUSA Paul T. Camilletti
217 West King Street, Suite 400
Martinsburg, WV 25401

Kelly Kraemer-Soares
United States Probation Officer
United States District Court
 for the District of Columbia
3rd Street & Constitution Avenue, N.W.
Washington, D.C. 20001

_____/s/_____
STEVEN J. McCOOL



Dear Judge Walton,

My name is Daisha Scott and I am 10 years old  I am Damon Dixon's first born child. There has never been a time in my life when my father wasn't there. I truly believe that he deserves another chance, not just for him but also for his children  There are so many other father's and men out here that lave their children and move on. But my father has been nothing but an inspiration to me and in my life. He encourages me to be a leader, go to school and get an education, and be successful and Independent young lady no matter what. If I didn't have his guidance through out my whole life I would have probably became a follower, dropped out of school, and become pregnant like so many of these young girls out here are doing. Instead, this year I will be graduating from high school and going to the prom at an early age  The thing that will hurt me the most is when I walk across the stage and he won't be there  I will not be able to look out in the audience and see that familiar smile that warms up my heart. He won't be then to tell my prom date to keep his hands off just like he did in 8ᵗʰ grade. But, I won't let this change anything because I know being happy makes him happy.

My father being incarcerated has had a very negative effect on my family. Now as I'm older I see that he was the glue that held everything together  When he first went away I was mentally, physically, and emotionally hurt  It was like I couldn't eat, sleep, or breathe the same. I stopped hanging out with my friends and I began to stay home a lot by myself and cry until I couldn't any more  Even right now, today  I'm still hurting as if it happened yesterday. I know this is not what he would want me to do but I can't help it. It's real hard for me to deal with the fact that my father is not here to take me back and forth to school everyday, he's not here to sneak up on me at school to see how im doing in class, he's also not here to take us on our usual family outings

The family outings actually used to help my little brother and sister Daiquan and Dayonna. Well, Dayonna is 10-years-old and I know she feel as though iny father is the only thing that she has left. She lost her mother to a car accident almost five-years-ago. When I read her diary I see that she is really stressed and she has a lot on her mind. Even though she's young she talks about how she doesn't want to be alive and she hopes she dies so that she can be with her mother because she doesn't like being away from my father. I try and talk to her but there is not too much I can say because I still have my mother so to me she is experiencing a different kind of hurt at a very young age in life. Her attitude and temper is showing it. If my father was home I know it wouldn't be that bad. My little brother Daiquan now has a really bad anger problem. He has been getting into fights at school and now he thinks its okay to follow behind rappers in videos, he tries to claim neighborhoods, and just be a follower. But, I remember like three years ago my dad bad a talk with him and he was telling him how videos and rappers are just fake and that it's just an act for TV. He was also telling him to always be a leader and never a follower. Maybe he forgot their talk but I didn't. He is starting to hang with the wrong crowd. His friends are little boys who try to steal cars and attempt other juvenile acts. Before this my brother was with my father each and every weekend so he really had no time for friends and trying to fit in with the in-crowd.

I also have another little sister who suffers from sickle-cell anemia disease. She often gets sick and has to stay in Children's Hospital for days or maybe weeks at a time. Usually my

father is the one that takes her to the hospital and stay with her because my mother has to stay at home with the other children or sometimes they rotate. But now my mother has no one here to help her. My mother is really struggling now She has to provide for her four children, her grand-child, and my father's other daughter, whose mother is deceased I know that this is a frustrating job. Even though my parents were not together my father still helped to make ends meet.

While incarcerated my father's new addition to the family was born. When I look Into his eyes I hurt because my father is going to miss apart of his life and sometimes I think it isn't fair because he was there his other four children, plus three other children that didn't belong to him but he was never the one to complain He always praised his god and thanked him for all the blessings he have bought him Maybe you should reconsider some of your thoughts against my father. Please have some sympathy for him. I know for a fact he will come home and do the right thing because he's an intelligent. He hates the felling of being away from his family and only seeing us once a week CAN YOU PLEASE SHOW SYMPATHY FOR HIM AND RECONSIDER YOU'RE THOUGHT?

Thanks,

*Miss Daisha Scott*

9-18-07

To whom this may Concern,

My name is Shameka Dashawn
Scott, I am 14 years of age. And
I'm the daughter of Damon Dixon. I
have sickle cell S.S. My father has always
took me to all appointments, and took
me to the hospital when needed (which,
was very often). My father also used
to take me to get my monthly blood
transfusions. A yr ago the doctors told me
that I didn't have long to live. By
hearing this my father was very dissapointed
Please understand that my father is
a very good man. He used to take my,
cousins and I on family trips, such as
Six Flags, and out of town trips.

   Sincerly,
   Shameka

EXHIBIT
2

To: Judge Walton.

Hello my name is Daiquan Rashawn
Scott, im 11 years old and im in the
6th grade. My dad is Caring, funny, nappy
and nice I miss when my dad use to
pick me up and take me to the barbershop.
My father love to go to church and
take me and my sister Viyana.
my dad helps my mother keep me
and my sisters fed and with clean
clothes. My dad works so hard
at work for his kids Me and my
father loves the same things
like bikes, music me and my dad
likes to eat at Jaspers I hope
to see him very soon I really love
my dad. please help my dad come home
very Soon.

Sincerely
Daiquan.

EXHIBIT
3

Nov. 1, 2007

To Judge Walton,

Hi, my name Dayonna Dixon and I am 10 years old the daughter of Damon Rashawn Dixon. I go to M.C. Terrell elementary school and I'm in the 5th Grade, I think my dad is a very great father and I really Love him so much. I want my dad to see all the things I do and all my grades, and to see me go to middle school and high school because my mom has passed away when I was five years old and I would want to see one of my parents out there cheering me on in the crowd. I want my dad to be home so all his kids can be with him and spend more quality time with him. I want to be with my dad everyday just me and him. Please let my dad come home with me.

please

sincerly,
Dayonna

EXHIBIT
4

Dear Judge Walton,

I am writing on behalf of my fiancée, Damon Dixon. My name is Antonia Wilkinson and we have been in a committed relationship for over two years. Damon is a loving, kind hearted person, whom cares deeply for his family and friends. He is a devoted father of five children.   Damon was very active in their lives, prior to his detainment. Encouraging education, being involved with school work, doctor's appointments, and just giving mental and emotional support for his children were just a few things that he did as a loving father.

At the time of his arrest, I was five months pregnant with his fifth child. Due to the fact that he was denied bond, he was not able to witness the birth of our baby boy, Damon Dixon Jr., who is now eight months. This was a very emotional time for Damon and I because he wanted nothing more than to be here for his children, especially the new baby. For the past seven months, I have had the responsibility of raising my son without the presence of his father.  We are only able to visit Damon, for 45 minutes once a week. One of my major concerns is that Damon will miss out on the most precious moments of our new baby's life. There is nothing more heartwarming than the touch, smell, and comfort of a new born baby. Not to mention the countless things that a child needs from his father. Damon spends countless nights worrying about the welfare and emotional stability of his children. I feel that Damon was the backbone of our family and was the support system that held us together, spiritually. Without him being physically around, it has made it hard for us to adjust to the absence of the only father figure in our children lives.

As you maybe aware, studies involving over 25,000 children who lived with one parent had lower grade point averages, lower college aspirations, and poor attendance records. According to the U.S. Department of Health and Human Services, children in single parent families are two or three times as likely to have emotional and behavioral problems, as well as drop out of school. This is just to indicate the effect that Danion's absence could have on our children's lives. **As parents,** our goal is to raise our children with the understanding of putting educational and spiritual priorities first. Damon and I try really hard to continue working as a team, when it comes to raising our children. We love him dearly and he is the only thing that is missing from our lives. Being a single mom, it is very hard to maintain a daily routine of working, caring for our children, and trying to start my own business. On behalf of our children, I ask that you find it in your heart to consider giving Damon another chance at being in his children lives!

Sincerely,

*Antonia Wilkinson*

Antonia Wilkinson

EXHIBIT

5

October 25, 2007

Dear Judge Walton,

I am writing this letter on behalf of my loving and caring son, my firstborn, Damon Dixon. Damon is so precious because he had gone thru so much after my separation from his father and my new marriage. He was being raised by his grandmother on his father's side who was wheelchair bound. He was a child performing adult responsibilities at an early age by helping her, but she loved him very much until she passed away.

Damon, because of his intelligence, in the 5" grade was selected to attend a preparatory school in Georgetown but was afraid to leave his friends and so was afraid to take the entrance exam which we knew he would pass and ended up not attending to all of our dismay.

As an adult, he was always there for me and taking on the role of the big brother seriously and always fussing at his young brother and sister about respect, self esteem, education and helping others. He is the protective father, who on his firstborn daughter's 8th grade prom took one look at her date and decided that he was accompanying them to the prom. Not only did he go but when it was over, took them to breakfast and courteously dropped her date off at his front door before bringing his pride and joy back home. We laugh about that today because he has two more daughters to go and assured us that he would be doing the same for them as well.

I remember being proud when he took a job as a cashier/clerk in the retail industry and with dedication and hard work gained a promotion into management. I remember the loving look on his and his beautiful bride's face on their wedding day.

Events in his life took a toll as he never got to see my mother, his grandmother, because she was killed in a car accident minutes from home, his wife was killed in a car accident minutes from home and I was nearly killed in a car accident on my way home on Labor Day of 2005. I remember waking up in the ER and seeing him sitting there with devastation but relief on his face that I was going to make it. He did not want to leave my side believing all the women that he loved would be killed in the same way. I knew I had to pull thru and God would allow me to be there for my firstborn.

I pray all the time for my children. I love my son very much and this hurts so much like a knife being plunged and turned in my heart over and over again every time I sit across from him on the one visiting day at the detention facility or hear his voice on the phone. I keep thinking about how he is not here for his children or for us to pull forces as a family unit to raise the children as they should be which is together. There are way too many families without the father in place and Damon is a great and caring one. Please consider that the more time he is away would leave an open gap for the family to fall apart and affect the future of his children and others who could benefit from his reflecting a positive influence. He is a diamond in the rough.

I am grateful for any kind consideration you display in this case that would help toward bridging the gap of our family unit as we know it today and benefit from all lessons learned and the hope of tomorrow. Please let Damon be allowed to be a productive citizen and able to take care of his family properly.

Sincerely and with much Hope

Yvette Harvey, Mother



EXHIBIT

6

To The **Honorable** Judge Walton:

**My name** Is **Ahmad Rashawn Harvey, and** I **am** Damon Dixon's 26 year old brother. I **am** a single father and have full custody of my four year old and two year old sons that I am raising by myself. My brother Damon has been there to give me advice when I needed it. When times got hard, he was there to help me keep my head up. I respect n o man more than I respect my brother Damon. He has five kids and takes care of all five of his kids, and shows each one of them the same amount s f love and affection.

I have never seen a man so into his kids like my brother, He also is very family orientated, and likes to make sure everyone is doing alright. When someone is sick, he is always quick to be there to see if he can help in any way. His not being around would devastate me and my whole family. He is really the glue that keeps this family together. I h o w sometimes people make bad decisions in life, but I know that If my brother is given another chance, that he won? make the same mistake again since he and our whole family stand to loose a Iot. I hope and pray that you show sympathy and grace when making your decision on the sentencing, because I know that Damon is one of the few people who would learn from this mistake. Thank you and I appreciate your time and consideration in this most important matter.

Sincerely,

Ahmad R. Harvey



EXHIBIT

7

My name is Virginia Kelly, Damon Dixon's step-grandmother, simply grandma to Damon. Damon's mother married my son when Damon was a young child and he has always held a special place in my heart. Damon has a kind, caring spirit..

I am an entrepreneur, the owner of a transportation business. A few years ago, I took a nasty spill in my yard and broke by leg in several places. I was in a cast for months and pretty much immobile. As the only driver in my household my situation created a challenge for me, not only for my business but for my everyday chores. Without prompting on my part, Damon volunteered to make grocery store trips, post office runs and other everyday duties that I could no longer perform. He accompanied me to my various Dr. appointments and follow up visits and called to check on my well being.

Even though Damon's mother and my son have been divorced for several years, Damon continues to be a part of the family and my daughters affectionately refer to him as their nephew.



EXHIBIT

8

Dear Judge **Walton:**

I am **Damon Dixon's** cousin Kamesha Ballenger and one of many first cousins. Damon is a loving **and** caring person *w h o* means a lot **to** me in my life. However he has been an inspiration to me in my life and **many of** my other cousins. He always made sure that we never **disrespected** ourselves **as young** women **and** men and, to stay **focus** in life. His children have always been shining stars in his life which no one **can take** away. He never let us get out **of** hand with disrespecting our parents or even ourselves. He always cared for his **family** and would make us laugh and smile everyday. He would always **come** to family gatherings just to make everyone day with many jokes and much laughter. He never would like **to** see anyone crying, uncomfortable, or even looking sad. If he did, be **would** definitely try to figure out the problem and talk about bow it can be solved. He would talk to me as if he was **my** father. He **knows** that my father is not in my life, and he took the responsibility to show **and** guide me in **the** right **direction** to make sure that I rose to the top. He is a young man focusing an his family, children, and mother, without his family and children he **would** feel like he has nothing to **live** for. He is a person **who** loves and tries to please all. He would never make a person feel like they don't **mean** nothing, if anything he would tell you that you are somebody and **you** do mean something.

He always looked for the best in life for himself and others. His level of respect is **enormous** for family, **friends,** and the unknown. Just a few years ago he was **introduced** to his wife **Danyelle Dixon who** he loved dearly. He treated his wife with the same treatment he would give to his mother. He lost his wife due to and car accident which **left** his heart hopeless and with much grievance. He dealt with much tragedy from his children **being** hurt to his soul being paralyze from the heartache and pain. *T o* this day **he** is still trying to figure out how to deal with the situation and holding strong for his children. He has one child by his wife who is Dayonna Dixon who has now lost **both** of her parents, one is deceased and the other in jail. **We** has dealt with much heartache and pain, due to many struggles in life.

I think **Damon** has dealt with many things in his life by growing up fast just to take care of responsibility due to having **children** at a young age. His heart is so wide he would do anything far anyone just to make them smile. He has unconditional love **that** is still growing and **that** he **has** had another **child** who **truly** needs his **presence.** He has a son who is now about to turn one and is growing without a father. If there were anyone who may need a father figure, big brother or just even someone to talk to he would be able to handle all these responsibility without any hesitation even if **one** on one attention **was** needed. Please take time to acknowledge this letter that can be **written** under oath just to let **many** people *know* that he is a positive person **with** many struggles and just **another** human.



EXHIBIT
9

Dear Hon. Judge Walton:

I am the younger cousin of Damon Dixon. But calling me his cousin would mean under statement because he was more like a father to me, the father that I never had and always wanted. I have watched him raise his children, and he has treated me like one of his own. Whenever I needed him the most he was always there. When I graduated from the 12th grade I had one wish and that was for him to be there and he was. You don't know how that felt to see him there and I was overwhelmed. He doesn't even no how much that meant to me. I loved walking in his shadow because beside him I have always felt safe. Even though we may not have agreed on everything he has never steered me wrong.

Sometimes I sit and cry and wonder why this had to happen to my family, why do we have to be going through this and I just pray that it will be over and he will be home soon. At times I cry just thinking about his youngest daughter and how things are for her to have lost both parents one to death and the other to jail and also the oldest two daughter who will be graduating this year and hope that her father can see her walk across the stage because he mean so much to us. Please Sir, if you just take the time to read and consider this letter you will see that he was an awesome person, a person that you could talk to and get some of the best advice, even though he may have not said a lot he always said enough. Damon stepped up to the plate for my family. I know they say we are not suppose to have favorites in a family, but sorry to say he is my favorite he is my boyfriend, my husband, my cousin, my father, my sister, and my brother. He is my every thing and without him my world means nothing. I thank you for your time and consideration of my letter.

Most Sincerely

Sarita Ballenger

EXHIBIT
10

Deacon Solomon Babb
1406 Simmons Street #5C
New Bern, NC 28560

Honorable Judge Walton
U. S. District Court
333 Constitution Avenue N.W.
Washington, D.C. 20530

For the Consideration of the Honorable Judge Walton:

    I am writing this letter on behalf of Brother Damon Dixon, a young man that I have known since lie was 16 years old.  He was always respectable and a young man that I have become very fond of over the years.

Over the years I've shared more of the spiritual side of his life as a big brother figure prior to my moving away from the Washington, D. C. area. In many of his trials that he faced in his life, I've always encouraged him to be positive and to bc motivated in all things, which he demonstrated on many occasions thru so much adversity. He in turn has also mirrored the same advice to his family and friends alike.  For the time that Brother Damon has been incarcerated, I have been on my knees interceding on behalf of him and his family.  I am trusting, and believing along with the family and friends that on the date of his sentencing that you will have mercy, grace, and kind consideration when Brother Damon comes before you. I most humbly thank you for considering the pardoning of some time for Brother Damon.

    Sincerely,
Deacon Solomon Babb
(252) 288-4136
In case of emergency
(202) 474-0819



6 November 2007

Titus J. Jones
631 Mentor Avenue
Capitol Heights, MD 20743

To: Judge Walton

I Titus J. Jones am writing this letter in reference to Damon Dixon. I've known Mr. Dixon far about 12 yrs and on those years I have never seen or heard of any wrong doing from him.  He has always taken care of his family by spending time with them, taking them on vacations, to the movies, and various outings.  Mr. Dixon has never been rude or disrespectful towards his mother or me since I've known him.  I have never seen him in any argument with any of his aunts or other family members.

I know that he is a loving father as well as kind and generous.  I believe with all my heart that Damon should be shown mercy because he is a decent man and is no danger to the community.

Sincerely,

Titus J. Jones

EXHIBIT

12

Dear Judge Walton,

I am Damon Dixon's youngest Aunt, Louzell Davis. I am writing this letter on behalf of my nephew and to explain how much of a good person he is. I remember when my sister was pregnant with him and I always said that when you have him he's going to be my baby. When he was born I made sure I was home to hold him as soon as he came home. I knew he was going to be special.

He was my first nephew and I was anxious to hold him. But as he got older and I would try to pick him up, we would always fall and he would keep coming back to me. He has always had a strange way of making me smile and as a child and to this day, Rae, as I called him was smart and intelligent. He made good grades and stayed on honor roll and school which was his second home. I watched him grow from an infant to a man in the matter of seventeen years, which was the age that he conceived his first child.

Your Honor, he has been more than a father to his children, he is also their best friend and their inspiration. My nephew has also helped me raise my children mainly the youngest one to her he was more than a big cousin he was the father she longed for. He was there for the both of them in times of need and he always was the one I called when I needed someone to talk to or just needed a few encouraging words.

I remember his first tragedy as a child, the death of my father/his grandfather; he never got to meet my mother as she was killed earlier in a car accident, But some how he stayed strong and I guess he did it for the family. He always took on the hard parts when everyone else seemed to crack or break down. As he became older he also became stronger. He was the perfect gentlemen he got married and had his fourth child. But as time went pass and you think things couldn't get any worse, His Wife passed. I believe that took a serious toll on him to loose the one he loved the most. I love my nephew and will do anything for him and I just want it to be known that he is a GREAT person who is loved by the whole family. Damon is my pride and joy and no one can steal that away from me. Thank you very allowing me this opportunity.

Sincerely,
Mrs. Louzell Davis

October 25, 2007

Re: Damon Dixon

Dear Judge Walton:

I Rufaro L. Jenkins am writing this letter on behalf of Damon Dixon, a father, gentleman, and well rounded person.

I have known Damon over 15 years, I watched him grow from a young boy, to a young man then a man.  I must say that Damon impressed me when he first started fatherhood, he showed me that young men could love their children and spend time, good quality time with their children and that stuck with me and allowed me to see a young man really about his child.

Damon became a husband, along with fatherhood I saw the young boy that I called nephew really unfold before me working taking care of two families the home where his children lived that where from his first relationship and his home with his wife, child, and his step children who he treated as his own children.  I recall seeing the entire family together when his children would come over for weekends or sometimes during the week and Damon making sure they make it to school.  I believe that all of his daughter's are nothing but Daddy's girl because of that fatherly love that he has shown them over the years from birth.  I remember asking Damon's aunt one day where is Damon and she said girl you know DaQuan is playing football so I knew immediately that his dad was right there on the side lines, showing his son the love and support that he genuinely showed to his children.  Damon showed his children encouragement and motivation to love their childhood and get educated, I always sat back and observed them with their dad whenever I had the opportunity to be around them and he had this open communication relationship with his children that help our children succeed and accomplish goals and objectives in life.

Damon is a family man a man that is about his family as a whole, I tilt my hat to him for being such an outstanding dad and something like a nephew.

Sincerely,


RUFARO L. JENKINS


EXHIBIT
14